473 A.2d 665

Brosky, et ux., Appellants

v. Housing Auth., et al.

Argued October 26, 1983. Layden C. Sadecky, for appellants; C. Gus Kwidis, for appellee.

588

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order affirmed.